UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ROBERT C. EIGNER,

                                          Plaintiff,

    -against-

JOSE ARRUBLA and KVA TRUCKING LLC,

                                          Defendants.
-------------------------------------------------------------------------X

Docket No.: 1:22-CV-01255

**PETITION FOR REMOVAL**

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

    1.    On June 8, 2021, a Summons and Complaint was filed in the Supreme Court of the State of New York, County of Queens, and thereafter served upon defendants on June 15, 2022. The index number is 713035/2021.

    2.    The above described action is a civil action for which the court has jurisdiction under 28 U.S.C. 1332(a)(1) and is one which may be removed to this court by the petitioner/defendants herein pursuant to the provision of 28 U.S.C. § 1441(a).

    3.    Plaintiff alleges in his complaint to be a resident of the State of New York. A copy of the Summons and Complaint is annexed hereto as **Exhibit A**. The court's jurisdiction is based upon diversity of citizenship as provided in 28 U.S.C. § 1332(a)(1) in that the plaintiff and defendant is citizens of different states. KVA Trucking LLC is a New Jersey corporation that has its principal place of business at 17 Henry Street, Morristown, New Jersey 07960.00

    4.    Upon information and belief, the amount in controversy exceeds $75,000 in that plaintiff sustained severe injuries in the accident. See police investigation report, **Exhibit B**.

5. Petitioner/defendants will pay all costs and disbursements incurred by reason of the removal proceedings hereby brought should it be determined that this action is not removable or is improperly removed.

6. Venue in the Eastern District of New York is proper pursuant to 28 U.S.C. § 112 and 28 § U.S.C. 1391(a).

WHEREFORE, petitioner prays that the above action now pending against it in the Supreme Court of the United States, County of Queens, be removed therefrom to the United States District Court for the Eastern District of New York in accordance with U.S.C. § 1441(a) and § 1446.

Dated: Mineola, New York
March 7, 2022

By: _____
ANGELO J. BONGIORNO, ESQ.
BONGIORNO, MONTIGLIO, MITCHELL & PALMIERI, PLLC
Attorneys for Defendants
JOSE ARRUBLA and KVA TRUCKING LLC
200 Old Country Road, Suite 680
Mineola, New York 11501
(516) 620-4490
Our File No.: SEDNS 027022 AJB

TO: TARASOV & ASSOCIATES, P.C.
Attorneys for Plaintiff
2566 86th Street, Suite 2
Brooklyn, New York 11214
(718) 368-0690
File No.: 17731

# EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------X   Index No.: _____
ROBERT C. EIGNER,                                                      Date purchased: 6.8.2021

                             Plaintiff,                      **SUMMONS**

    -against-
                                                  Plaintiff designates QUEENS
                                                  County as the Place of Trial
JOSE ARRUBLA and KVA TRUCKING LLC,
                                                  Basis of venue: Place of
                                                  occurrence
                             Defendants,
-------------------------------------------------------------------X

**TO THE ABOVE-NAMED DEFENDANTS:**

      **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service of this summons, or within 30 days after the service of this summons is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to appear to answer, judgment will be taken against you by default for the relief demanded in the complaint, together with the costs of this action.

Dated: Brooklyn, New York
         June 8, 2021

                                                  Yours, etc.,

                                                  *I. Tarasov*

                                                  Igor Tarasov, Esq.
                                                  TARASOV & ASSOCIATES, P.C.
                                                  Attorneys for Plaintiff
                                                  2566 86th Street, Suite 2
                                                  Brooklyn, New York 11214
                                                  (718) 368-0690
                                                  File No.: 17731

**DEFENDANTS' ADDRESS:**

**JOSE ARRUBLA**
**KVA TRUCKING LLC**
17 Henry Street
Morristown, New Jersey 07960

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------X   Index No.: _____
ROBERT C. EIGNER,

                           Plaintiff,     **VERIFIED COMPLAINT**

      -against-

JOSE ARRUBLA and KVA TRUCKING LLC,

                           Defendants.
-----------------------------------------------------------X

       Plaintiff, ROBERT C. EIGNER, by his attorneys LAW OFFICES OF TARASOV & ASSOCIATES, P.C., complaining of the defendants, respectfully alleges, upon information and belief, as follows:

1. That at all times herein mentioned, plaintiff, ROBERT C. EIGNER, was and still is a resident of the County of Queens, City and State of New York

2. That at all times herein mentioned, defendant, JOSE ARRUBLA, was, and still is, a resident of the State of New Jersey.

3. That at all times herein mentioned, defendant, KVA TRUCKING LLC, was and still is a foreign limited liability company, duly organized and existing under and by virtue of the laws of a state other than the State of New York but licensed to do business within the State of New York.

4. That at all times herein mentioned, defendant, KVA TRUCKING LLC, was and still is a foreign business entity, duly organized and existing under and by virtue of the laws of a state other than the State of New York but licensed to do business within the State of New York.

5. That at all times herein mentioned, defendant, KVA TRUCKING LLC, was the owner of a certain 2019 Western Star motor vehicle bearing New Jersey State registration number AU572R.

6. Upon information and belief, that at all times and places hereinafter mentioned, defendant, KVA TRUCKING LLC, was the lessee of the aforesaid motor vehicle bearing New Jersey State

registration number AU572R.

7. Upon information and belief, that at all times and places hereinafter mentioned, defendant, KVA TRUCKING LLC, was the lessor of the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

8. Upon information and belief, that at all times and places hereinafter mentioned, defendant, KVA TRUCKING LLC, maintained the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

9. Upon information and belief, that at all times and places hereinafter mentioned, defendant, KVA TRUCKING LLC, managed the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

10. Upon information and belief, that at all times and places hereinafter mentioned, defendant, KVA TRUCKING LLC, controlled the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

11. Upon information and belief, that at all times and places hereinafter mentioned, defendant, KVA TRUCKING LLC, inspected the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

12. Upon information and belief, that at all times and places hereinafter mentioned, defendant, KVA TRUCKING LLC, repaired the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

13. That at all times herein mentioned, defendant, JOSE ARRUBLA, was the operator of a certain 2019 Western Star motor vehicle bearing New Jersey State registration number AU572R.

14. That on March 30, 2021, and at all times hereinafter mentioned defendant, JOSE ARRUBLA, operated the aforementioned motor vehicle with the express permission of defendant, KVA TRUCKING LLC.

15. That on March 30, 2021, and at all times hereinafter mentioned defendant, JOSE ARRUBLA, operated the aforementioned motor vehicle with the express consent of defendant, KVA TRUCKING LLC.

16. That on March 30, 2021, and at all times hereinafter mentioned defendant, JOSE ARRUBLA, operated the aforementioned motor vehicle with the express knowledge of defendant, KVA TRUCKING LLC.

17. That on March 30, 2021, and at all times hereinafter mentioned defendant, JOSE ARRUBLA, operated the aforementioned motor vehicle with the implied permission of defendant, KVA TRUCKING LLC.

18. That on March 30, 2021, and at all times hereinafter mentioned defendant, JOSE ARRUBLA, operated the aforementioned motor vehicle with the implied consent of defendant, KVA TRUCKING LLC.

19. That on March 30, 2021, and at all times hereinafter mentioned defendant, JOSE ARRUBLA, operated the aforementioned motor vehicle with the implied knowledge of defendant, KVA TRUCKING LLC.

20. Upon information and belief, that at all times and places hereinafter mentioned, defendant, JOSE ARRUBLA, was the lessee of the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

21. Upon information and belief, that at all times and places hereinafter mentioned, defendant, JOSE ARRUBLA, was the lessor of the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

22. Upon information and belief, that at all times and places hereinafter mentioned, defendant, JOSE ARRUBLA, maintained the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

23. Upon information and belief, that at all times and places hereinafter mentioned, defendant, JOSE ARRUBLA, managed the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

24. Upon information and belief, that at all times and places hereinafter mentioned, defendant, JOSE ARRUBLA, controlled the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

25. Upon information and belief, that at all times and places hereinafter mentioned, defendant, JOSE ARRUBLA, inspected the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

26. Upon information and belief, that at all times and places hereinafter mentioned, defendant, JOSE ARRUBLA, repaired the aforesaid motor vehicle bearing New Jersey State registration number AU572R.

27. That at all times and places hereinafter mentioned, Beach Channel Drive, at or near its intersection with Beach 35th Street, in the County of Queens, City and State of New York, was and still is a public street/highway in common use of the residents of the City and State of New York and others.

28. That at all times mentioned herein, plaintiff, ROBERT C. EIGNER, was lawfully and properly operating a motor vehicle at the aforementioned location.

29. Upon information and belief, that at all times and places hereinafter mentioned, defendant, JOSE ARRUBLA, was responsible for the proper and prudent operation of the aforesaid motor vehicle.

30. That on March 30, 2021, at the aforementioned location, the aforesaid motor vehicle, owned by defendant, KVA TRUCKING LLC and operated by defendant, JOSE ARRUBLA, struck the motor vehicle, owned and operated by plaintiff, ROBERT C. EIGNER.

31. That on March 30, 2021, at approximately 9:50 AM, at the aforementioned location, the aforesaid motor vehicle, owned by defendant, KVA TRUCKING LLC and operated by defendant, JOSE ARRUBLA, came into contact with the motor vehicle, owned and operated by plaintiff, ROBERT C. EIGNER.

32. That as a result thereof, the plaintiff, ROBERT C. EIGNER, was caused to sustain severe and serious injuries.

33. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the defendants.

34. That defendants were negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid motor vehicle and the defendants were otherwise negligent, careless and reckless under the circumstances then and there prevailing.

35. That as a result of the aforesaid occurrence, the plaintiff, was rendered sick, sore, lame and disabled and has remained so since the said occurrence. The plaintiff, ROBERT C. EIGNER, continues to suffer mental anguish and great physical pain. He has been compelled to undergo medical aid, treatment and attention and expand money and incur obligations for physicians' services, medical and hospital expenses for the care and treatment of his injuries; and upon information and belief, he will be compelled to expend additional sums of money and incur further obligations in the future for additional physicians' services, medical and hospital expenses for the further care and treatment of his injuries. Plaintiff, ROBERT C. EIGNER, has been incapacitated from attending to his usual duties, functions, occupations, vocations and avocations, and in other ways he was damaged, and upon information and belief may be so incapacitated in the future and will suffer pecuniary losses.

36. That by reason of the foregoing, plaintiff, ROBERT C. EIGNER, sustained a serious injury as defined by New York State Insurance Law Section 5102(d).

37. That by reason of the foregoing, plaintiff sustained serious injuries and economic loss greater than basic economic loss as defined by Section 5104 of the New York State Insurance Law.

38. That plaintiff, ROBERT C. EIGNER, is not seeking to recover any damages for which plaintiff has been reimbursed by no-fault insurance and/or for which no-fault insurance is obligated to reimburse plaintiff. Plaintiff is seeking only to recover those damages not recoverable through no-fault insurance under the facts and circumstances of this action.

39. The amount of damages sought in this action by plaintiff, ROBERT C. EIGNER, exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, plaintiff, ROBERT C. EIGNER, demands judgment against defendants, JOSE ARRUBLA and KVA TRUCKING LLC, in an amount which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action; together with the interest, costs and disbursements.

Dated: Brooklyn, New York
June 8, 2021

Yours, etc.,

*I. Tarasov*

Igor Tarasov, Esq.
TARASOV & ASSOCIATES, P.C.
Attorneys for Plaintiff
2566 86th Street, Suite 2
Brooklyn, New York 11214
(718) 368-0690
File No.: 17731

STATE OF NEW YORK )
                  )ss.:
COUNTY OF KINGS   )

The undersigned, IGOR TARASOV, ESQ., an attorney at law, admitted to practice law in the Courts of the State of New York, affirms the following under the penalties of perjury:

That he is a PRINCIPAL of the firm of LAW OFFICES OF TARASOV & ASSOCIATES, P.C., attorneys for Plaintiff in the above-entitled action.

That he has read the foregoing **SUMMONS and COMPLAINT** and knows the contents thereof, and upon information and belief, deponent believes that matters alleged therein to be true.

The reason this Verification is made by deponent and not by Plaintiff is because Plaintiff is an individual and resides in another county from where affirmant maintains his office.

The source of deponent's information and the ground of his belief are communications, paper, reports and investigations contained in the file.

Dated: Brooklyn, New York
June 8, 2021

*I. Tarasov*

_____
Igor Tarasov, Esq.

Index No.: _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------------
ROBERT C. EIGNER,

                               Plaintiff,

    -against-

JOSE ARRUBLA and KVA TRUCKING LLC,

                               Defendants.

## SUMMONS AND VERIFIED COMPLAINT

### LAW OFFICES OF TARASOV & ASSOCIATES, P.C.
Attorneys for Plaintiff
2566 86th Street
Brooklyn, New York 11214
Phone: (718) 368-0690
Fax: (718) 368-0692

# EXHIBIT "B"

# POLICE ACCIDENT REPORT (NYC)
**New York State Department of Motor Vehicles**
MV-104AN (7/11)

Page 1 of 2 Pages

Precinct: 101
Accident No.: MV-2021-101-000177
Complaint Number:
☐ AMENDED REPORT

| Accident Date | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☑ | Left Scene ☐ | Police Photos ☐ Yes ☑ No |
|---|---|---|---|---|---|---|---|---|
| Month 3, Day 30, Year 2021 | TUESDAY | 09:50 | 2 | 0 | 0 | Reconstructed ☐ | | |

☑ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

## VEHICLE 1
- Driver License ID Number: 521001533 — State of Lic.: NY
- Driver Name: EIGNER, ROBERT, COREY
- Address: 5610 BEACH CHANNEL DR
- City: QUEENS  State: NY  Zip: 11692
- Date of Birth: Month __, Day __, Year 1977  Sex: M
- Name on registration: EIGNER, ROBERT, COREY
- Address: 5510 BEACH CHANNEL DR
- City: QUEENS  State: NY  Zip: 11692
- Plate Number: KHP1447  State of Reg.: NY  Vehicle Year & Make: 2000 ME BE  Vehicle Type: SEDAN  Ins. Code: 328

## VEHICLE 2
- Driver License ID Number: A76284106108751 — State of Lic.: NJ
- Driver Name: ARRUBLA, JOSE
- Address: 17 HENRY ST
- City: MORRISTOWN  State: NJ  Zip: 07960
- Date of Birth: Month __, Day __, Year 1975  Sex: M
- Name on registration: KVA TRUCKING LLC
- Address: 17 HENRY ST
- City: MORRISTOWN  State: NJ  Zip: 07960
- Plate Number: AU572R  State of Reg.: NJ  Vehicle Year & Make: 2019 WESTERN STAR  Vehicle Type: DUMP  Ins. Code: 169

### VEHICLE 1 DAMAGE CODES
- Box 1 - Point of Impact: 12
- Box 2 - Most Damage: 12
- Enter up to three more Damage Codes: 3, 4, 5, 11

### VEHICLE 2 DAMAGE CODES
- Box 1 - Point of Impact: 4
- Box 2 - Most Damage: 4
- Enter up to three more Damage Codes: 3, 4, 5

### VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

**ACCIDENT DIAGRAM** — DIAGRAM ATTACHED ON SUBSEQUENT PAGE
2 SIDE SWIPE (SAME DIR)

Cost of repairs to any one vehicle will be more than $1000: ☐ Yes  ☑ No  ☐ Unknown/Unable to Determine

Place Where Accident Occurred: ☐ BRONX  ☐ KINGS  ☐ NEW YORK  ☑ QUEENS  ☐ RICHMOND

Road on which accident occurred: BEACH CHANNEL DRIVE
at 1) Intersecting street: BEACH 35 STREET

Coordinates: Latitude/Northing: 40.59626  Longitude/Easting: -73.76773

**Accident Description/Officer's Notes:** AT TPO DRIVER OF VEHICLE 1 STATES HE WAS PASSING VEHICLE 2 ON THE RIGHT SIDE WHEN VEHICLE 2 WAS MERGING INTO LANE CAUSING VEHICLE 1 TO SIDE SWIPE VEHICLE 2. DRIVER OF VEHICLE 2 STATES HE WAS IN THE LANE GOING STRAIGHT MERGING INTO LANE WHEN VEHICLE 1 CAME TO HIS RIGHT SIDE CAUSING A SIDE SWIPE. NO INJURIES.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 43 | M | - | - | - | - | - | - | - | EIGNER, ROBERT, COREY | |
| B | 2 | 1 | 4 | 1 | 45 | M | - | - | - | - | - | - | - | ARRUBLA, JOSE | |

Officer's Rank and Signature: POM
Print Name in Full: PAUL V BELLINO
Tax ID No.: 965948
NCIC No.: 03030
Precinct: 101
Reviewing Officer: SGT PAUL M IANUALE
Date/Time Reviewed: 03/30/2021 14:28

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Date of Birth (Month/Day/Year) | Telephone (Area Code) | |
| Last Name | First | M.I. | Last Name | First | M.I. |
| Address | | | Address | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Date of Birth (Month/Day/Year) | Telephone (Area Code) | |
| Last Name | First | M.I. | Highway Dist. at Scene? ☐ Yes ☑ No  Name: | | Shield No. |
| Address | | | | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | | | |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1 __2522812C0232A__                Vehicle No. 2 __ACP2900003176__

Expiration Date __09/02/2022__                 Expiration Date __03/05/2022__

VIN __WDBJF65J4YB008527__                      VIN __5KKMAVDV6KLKH7376__

**WITNESS** (Attach separate sheet, if necessary)
Name                  Address                  Phone

**DUPLICATE COPY REQUIRED FOR:**
- ☐ Dept. of Motor Vehicles (if anyone is killed/injured)
- ☐ Motor Transport Division (P.D. vehicle involved)
- ☐ NYC Taxi & Limousine Comm. (If a Licensed taxi or limousine involved)
- ☐ Other City Agency (Specify)
- ☐ Office of Comptroller (If a City vehicle involved)
- ☐ Personnel Safety Unit (If a P.D. vehicle involved)
- ☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

| PROPERTY DAMAGED (other than vehicles) | OWNER OF PROPERTY (include city agency, where applicable) |
|---|---|
| | |

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle – Operator's First Name | Last Name | | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | | Dept. Vehicle No. | Assigned To What Command |

Equipment In Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
- ☐ Responding to Code Signal
- ☐ Pursuing Violator
- ☐ Other (Describe)
- ☐ Complying with Station House Directive
- ☐ Routine Patrol

Page 2 of 2 Pages

M<sup>5</sup>-104AN (7/11)

Side Swipe (same dir) : MV-2021-101-000177
Reporting Officer : POM PAUL V BELLINO
Reviewing Officer : SGT PAUL M IANUALE  Reviewed Date : 03/30/2021 14:28



Vehicle 1

Vehicle 2